# Attachment to JS 44 Civil Cover Sheet

**Attorneys for Plaintiffs:**

Jacqueline Ford
Manmeet Dhindsa
Alejandro Rosenberg
Federal Trade Commission
600 Pennsylvania Ave., N.W., CC-6316
Washington, D.C. 20580
(202) 326-2844

Douglas Crapo
Stevenson Smith
Carina Wells
Utah Attorney General's Office
160 East 300 South, Fifth Floor
Salt Lake City, Utah 84114
(801) 366-0310

**Attorneys for Defendants:**

Gregory P. Luib
Dechert LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 261-3413

Ryan T. Andrews
Quinn Emmanual Urquhart & Sullivan, LLP
1300 I Street, N.W., Suite 900
Washington, D.C. 20005
(202) 538-8155