# United States District Court

District of Utah

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>UTAH DIVISION OF CONSUMER PROTECTION,<br><br>    Plaintiffs,<br><br>    v.<br><br>AYLO GROUP LTD., a Cypriot corporation,<br><br>DONORMASS LIMITED, a Cypriot corporation,<br><br>AYLO FREESITES LTD., a Cypriot corporation,<br><br>AYLO PREMIUM LTD., a Cypriot corporation,<br><br>AYLO TECHNOLOGIES LTD., a Cypriot corporation,<br><br>9279-2738 QUEBEC INC., a Canadian corporation,<br><br>9219-1568 QUEBEC INC., a Canadian corporation,<br><br>AYLO HOLDINGS USA CORP., a Delaware corporation,<br><br>AYLO BILLING US CORP., a Delaware corporation, | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:25-cv-00752<br><br>Judge Ted Stewart |

|  |
|---|
| TOQON, LLC, a Delaware limited liability company, <br><br> AYLO GLOBAL ENTERTAINMENT INC., a Delaware corporation, <br><br> AYLO USA INCORPORATED, a Delaware corporation, <br><br> FTSA, LLC, a Delaware limited liability company, and <br><br> AYLO BILLING LIMITED, an Irish corporation, <br><br>         Defendants. |

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiffs and against Defendants as detailed in the Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief.

|  |  |
|---|---|
| _September 8, 2025_____ <br> *Date* | BY THE COURT: <br><br> _____ <br> Judge Ted Stewart |